UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICK R. LORENZ, II,<br><br>    Plaintiff,<br><br>    v.<br><br>DAVIS, et al.,<br><br>    Defendants. | No. 2:23-cv-1969 DJC AC<br><br><br>ORDER |

     Plaintiff, a state prisoner proceeding pro se, seeks relief pursuant to 42 U.S.C. § 1983.  By order filed September 18, 2024, plaintiff's complaint was screened and he was given the option of amending the complaint or proceeding immediately on cognizable claims only.  ECF No. 7. Plaintiff was ordered to file a notice of election within 14 days indicating whether he wanted to proceed only on the cognizable claims or to file an amended complaint.  In the same order, plaintiff was instructed that if he did not return the form, the court would assume that he was choosing to proceed on the cognizable claims and would recommend dismissing the deliberate indifference claims against Davis, Covell, and Ullery.  ECF No. 7 at 9.  Plaintiff did not return the notice of election form within the time provided and service of the complaint was ordered on defendants Galbraithe, Laughlin, and Tran.  ECF No. 11.  The undersigned issued Findings and Recommendations on October 22, 2024 to dismiss defendants Davis, Covell, and Ullery.  ECF No. 10.

Plaintiff has now notified the court that he would like to amend the complaint. ECF No. 15. It appears to the court that plaintiff did not file this notice within the time provided by the court's order due to a prison transfer. See ECF No. 14 (Notice of Change of Address). Accordingly, the court will grant plaintiff 30 days in which to file a first amended complaint. **If plaintiff fails to file an amended complaint within the time provided by this order, this case will proceed on the screened original complaint.** The current deadline for defendants Galbraith, Laughlin, and Tran to file an answer to the complaint is vacated and will be reset by subsequent order if plaintiff fails to file an amended complaint.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff shall have thirty days from the service of this order to file an amended complaint as outlined in the September 18, 2024 screening order. If plaintiff fails to file an amended complaint, the case will proceed on the original complaint, as screened.

2. The Clerk of the Court is directed to send plaintiff a copy of the prisoner complaint form used in this district.

3. The deadline for defendants Galbraith, Laughlin, and Tran to file an answer to the complaint is vacated and will be reset by subsequent order if plaintiff fails to file an amended complaint within the time provided.

DATED: December 20, 2024

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE