IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **PATRICK LORENZ,** | Case No. 2:23-cv-01969-DJC-AC |
| Plaintiff, | ~~[PROPOSED]~~ **ORDER** |
| **v.** | |
| **DAVIS, et al.,** | |
| Defendants. | |

The Court, having reviewed Defendant Davis's Motion to Opt Out of Post-Screening ADR, finds that the request is supported by good cause.

Accordingly, Defendant's Motion to Opt Out of Post-Screening ADR is GRANTED. The Court will issue a scheduling order in due course.

**IT IS SO ORDERED.**

Dated: April 20, 2026

_allison Clare_ _____

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

1