UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| PATRICK R. LORENZ, II, | No.  2:23-cv-01969 DJC AC P |
|---|---|
| Plaintiff, | |
| v. | ORDER |
| DAVIS, et al., | |
| Defendants. | |

On May 5, 2026, defendant filed a motion for summary judgment.  ECF No. 37.  Plaintiff has not opposed the motion.  Good cause appearing, IT IS HEREBY ORDERED that within twenty-one days after the filing date of this order, plaintiff shall file and serve an opposition to the motion for summary judgment or a statement of non-opposition.  Failure to comply with this order will result in a recommendation that this action be dismissed without prejudice for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).

DATED: June 25, 2026

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

1