UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICK R. LORENZ, II, | No. 2:23-cv-01969 DJC AC P |
| Plaintiff, | |
| v. | ORDER |
| DAVIS, et al., | |
| Defendants. | |

Plaintiff is a state prisoner proceeding pro se and in forma pauperis in this civil rights action brought pursuant to 42 U.S.C. § 1983. On May 5, 2026, defendants filed an exhaustion-based motion for summary judgment. ECF No. 37. To date, plaintiff has not opposed the motion. On June 26, 2026, the court directed plaintiff to file and serve an opposition to the motion for summary judgment or a statement of non-opposition within twenty-one days. ECF No. 39. Plaintiff was informed that failure to file the required document would result in a recommendation that the case be dismissed without prejudice for failure to prosecute. Id. On June 29, 2026, plaintiff requested a thirty-day extension of time to file and serve his opposition brief. ECF No. 40. Plaintiff's request will be granted as detailed below.

Defendants have filed a motion asking the court to vacate all discovery and dispositive motion deadlines in this case pending the court's ruling on their exhaustion-based motion for summary judgment. ECF No. 38. Plaintiff opposes defendants' request on the grounds that a

1

stay of all discovery would prejudice his ability to obtain probative evidence to support his opposition to the pending summary judgment motion.  ECF No. 41.  Plaintiff's arguments are well-taken.  Only merits-based discovery will be stayed until the pending summary judgment motion is resolved.  In the event the motion for summary judgment is denied, the stay on merits-based discovery will be lifted.  At that time, a new deadline for completion of discovery will be set, as well as a deadline for responding to any discovery requests that were outstanding on the date this order was filed.  **A stay on merits-based discovery means that neither party is required to respond to requests for discovery related to the merits of the case while the stay is in effect.  However, the parties remain obligated to respond to any discovery requests related to plaintiff's exhaustion of his administrative remedies, subject to any valid objections.**

Plaintiff missed the original deadline to file his opposition to defendants' summary judgment motion, but the court finds that plaintiff has demonstrated good cause for a thirty-day extension of time to prepare his opposition brief.  ECF No. 40.  Plaintiff's opposition to the motion for summary judgment shall therefore be due no later than thirty (30) days from the date of this Order.

Accordingly, IT IS HEREBY ORDERED that:

1. Defendants' Ex Parte Request to Modify the Discovery and Scheduling Order (ECF No. 38) is GRANTED IN PART as follows:

    a.  Discovery related to plaintiff's exhaustion of administrative remedies, if any, shall proceed according to the previously ordered schedule;

    b. Discovery related to the merits of claims and defenses is STAYED pending resolution of defendants' motion for summary judgment (ECF No. 37).

    c. Deadlines for completing merits-related discovery, including responses to any discovery requests that have already been served and for filing merits-based motions for summary judgment, are VACATED;

    d. In the event the motion for summary judgment is denied, the stay will be lifted and new deadlines for the completion of discovery and for filing pretrial motions will be

set.

2. Plaintiff's motion for an extension of time to file opposition to defendants' motion for summary judgment (ECF No. 40) is GRANTED, and plaintiff's opposition is due within thirty (30) days of the date of this Order.

DATED: July 6, 2026

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE