UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

PATRICK R. LORENZ, II,

Plaintiff,

v.

DAVIS, et al.,

Defendants.

No. 2:23-cv-01969 DJC AC P

ORDER

On May 5, 2026, defendant filed a motion for summary judgment. ECF No. 37. By order dated July 6, 2026, the court stayed merits-based discovery and granted plaintiff's request for an additional thirty days to prepare his opposition brief. ECF No. 42. Plaintiff's opposition to defendant's motion was due on or before August 6, 2026. To date, however, plaintiff has not opposed the motion.

Good cause appearing, IT IS HEREBY ORDERED plaintiff shall file and serve an opposition to the motion for summary judgment or a statement of non-opposition by no later than Friday, September 18, 2026. Failure to comply with this order will result in a recommendation that this action be dismissed without prejudice for failure to prosecute pursuant to Federal Rule of

////

////

////

Civil Procedure 41(b). **Plaintiff is advised that no further extensions of time will be granted absent a showing of good cause.**

DATED: September 3, 2026

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE