UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICK R. LORENZ, II,<br>Plaintiff,<br>v.<br>DAVIS, et al.,<br>Defendants. | No. 2:23-cv-01969 DJC AC P<br><br>FINDINGS AND RECOMMENDATIONS |

Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983. ECF Nos. 1, 2. On May 5, 2026, defendants filed a motion for summary judgment. ECF No. 37. On June 26, 2026, plaintiff was ordered to file an opposition or a statement of non-opposition to the pending motion within twenty-one days. ECF No. 39. In the same order, plaintiff was informed that failure to file an opposition would result in a recommendation that this action be dismissed without prejudice for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b). Id. Plaintiff filed a motion for a thirty-day extension of time to oppose the motion (ECF No. 40), which the court granted (ECF No. 42). When plaintiff once again failed to file a timely opposition brief, the court ordered plaintiff to file an opposition or a statement of non-opposition no later than September 18, 2026. ECF No. 43. Plaintiff was informed that if he failed to comply with this order, the undersigned would recommend that this action be dismissed without prejudice for failure to prosecute. Id.

The September 18, 2026 deadline for plaintiff to oppose defendants' motion for summary judgment has now expired, and plaintiff has not filed a response to the motion for summary judgment or otherwise responded to the court's order. In recommending this action be dismissed for failure to prosecute, the court has considered "(1) the public's interest in expeditious resolution of litigation; (2) the court's need to manage its docket; (3) the risk of prejudice to the defendants; (4) the public policy favoring disposition of cases on their merits; and (5) the availability of less drastic alternatives." Ferdik v. Bonzelet, 963 F.2d 1258, 1260-61 (9th Cir. 1992) (citation omitted). Because this case cannot move forward without plaintiff's participation, the court finds the factors weigh in favor of dismissal.

For the foregoing reasons, IT IS HEREBY RECOMMENDED that this action be dismissed without prejudice pursuant to Federal Rule of Civil Procedure 41(b).

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within fourteen days after being served with these findings and recommendations, any party may file written objections with the court and serve a copy on all parties. Such a document should be captioned "Objections to Magistrate Judge's Findings and Recommendations." Any response to the objections shall be filed and served within fourteen days after service of the objections. The parties are advised that failure to file objections within the specified time may waive the right to appeal the District Court's order. Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

DATED: October 14, 2026

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE