UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICK R. LORENZ, II,<br>Plaintiff,<br>v.<br>DAVIS, et al.,<br>Defendants. | No. 2:23-cv-01969 DC AC P<br><br>ORDER |

Plaintiff filed a pro se civil rights complaint in September 2023 seeking relief under 42 U.S.C. § 1983. ECF No. 1. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

Defendant filed a motion for summary judgment in May 2026. ECF No. 37. Although Plaintiff was ordered to file an opposition or a statement of non-opposition to Defendant's dispositive motion and granted an additional extension of time to do so (ECF Nos. 39, 42), he failed to file an opposition brief. The Court ordered Plaintiff to file an opposition or a statement of non-opposition no later than September 18, 2026, or this action would be dismissed. ECF No. 43. When Plaintiff failed to respond, the Magistrate Judge issued Findings and Recommendations that this action be without prejudice for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b) on October 14, 2026. ECF No. 44. To date, no objections have been

filed.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this Court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the Court finds the findings and recommendations to be supported by the record and by proper analysis. Moreover, having considered the factors described in *Ferdik v. Bonzelet*, 963 F.2d 1258, 1260 (9th Cir. 1992) the Court finds that dismissal is appropriate.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations dated October 14, 2026 (ECF No. 44) are adopted in full;
2. All other pending motions (ECF Nos. 37) are denied as moot;
2. Petitioner's civil rights complaint (ECF No. 1) is dismissed; and
3. This case is CLOSED.

IT IS SO ORDERED.

Dated: **November 25, 2026**

Hon. Daniel J. Calabretta
UNITED STATES DISTRICT JUDGE

Lore1969.JO